UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT,

Case No. 12-M-557(WEC)

## SHOW CAUSE ORDER

On October 10, 2012, 2021, AUSA Mario Gonzales requested the following warrant which was signed by the Court: 12-M-557(WEC). The affidavit in support of the warrant was signed by Travis Homer. Pursuant to Fed. R. Crim. P. 41(f)(1)(D), the "officer executing the warrant must promptly return it—together with a copy of the inventory—to the magistrate judge designated on the warrant."

Despite requests from the Court to address the status of the warrant return, the warrant remains unreturned. Thus, a show cause hearing for AUSA Gonzales and Agent Homer will be held on **October 14, 2021** at **2:20 p.m.** in Courtroom 253, 517 E. Wisconsin Ave., Milwaukee, WI, before Magistrate Judge Nancy Joseph to address the status of the unreturned warrants. If the warrant is returned to the Court prior to October 14, 2021, the hearing will be removed from the calendar. Failure to appear and return the listed warrant on October 14, 2021 may result in a finding of contempt.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 1st day of October, 2021.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge