| Return | | |
|---|---|---|
| Case No.: 12-M-557 | Date and time warrant executed: 10-10-2012 | Copy of warrant and inventory left with: NA |
| Inventory made in the presence of: NA | | |
| Inventory of the property taken and name(s) of any person(s) seized: Sprint provided GEO data location information reference Sprint Nextel cellular phone assigned mobile identification Number 414-975-3956 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-8-21

R. Travis Howe, Special Agent
*Printed name and title*